UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL BUTLER,

      Plaintiff,

v.

      Case No. 1:15-cv-103
      Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated: March 24, 2016      /s/ Ray Kent
      RAY KENT
      United States Magistrate Judge